IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS THOMAS,                              No C-09-4948 VRW (PR)

        Petitioner,

    v                                          ORDER OF TRANSFER

J HARTLEY, Warden,

        Respondent.
_____/

        Petitioner seeks federal habeas review of the execution of a sentence imposed by the Alameda County superior court, which lies in this judicial district.  See 28 USC § 84(a).  Petitioner is incarcerated at Avenal State Prison in the County of Kings, which lies in the Eastern District of California.  See id § 84(b).

        Venue in a habeas action is proper in either the district of conviction or the district of confinement.  28 USC § 2241(d); Dannenberg v Ingle, 831 F Supp 767, 768 (ND Cal 1993).  The district of confinement, however, is the preferable forum to review the execution of a sentence.  See Habeas L R 2254-3(b)(2); Dunne v Henman, 875 F2d 244, 249 (9th Cir 1989); cf Habeas L R 2254-3(b)(1);

1 **Laue v Nelson**, 279 F Supp 265, 266 (ND Cal 1968) (district of
2 conviction preferable forum to review conviction).
3     Because the County of Kings lies in the Eastern District
4 of California, pursuant to 28 USC § 1406(a) and Habeas Local Rule
5 2254-3(b)(2) and in the interest of justice the court orders this
6 petition TRANSFERRED to the United States District Court for the
7 Eastern District of California.
8     The clerk shall terminate all pending motions as moot,
9 close the file and transfer this matter to the United States
10 District Court for the Eastern District of California.
11
12     IT IS SO ORDERED.
13
14 _[signature]_
15 **VAUGHN R WALKER**
United States District Chief Judge

26 G:\PRO-SE\VRW\HC.09\Thomas-09-4948-bph-transfer-caed.wpd

**2**